IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALFARO,

    Petitioner,                      No. CIV S-08-2961 KJM P

    vs.

JAMES YATES,                          ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus in this court, attacking the conviction and sentence challenged in this case.  The previous application was filed on January 17, 2003, and was denied on the merits on March 31, 2006.  See Alfaro v. Runnels, Case No. 03-CV-0093 DFL KJM.  Before petitioner can proceed with the instant application he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.
3  DATED:  December 18, 2008.

_____
U.S. MAGISTRATE JUDGE

1
alfa0093.suc